UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                            )
  HARGROVE, LESLIE
                                                  ) CASE NO. 17-20810    -JPK
                        Debtor(s)    ) Chapter 7

# MOTION FOR TURNOVER ORDER

David R. DuBois, Trustee, respectfully represents and shows the Court as follows:

1. The Debtor(s) filed a Petition for Relief under Chapter 7 of the United States Bankruptcy Code and your Movant was appointed as Trustee on 03/30/17.

2. Movant has requested that the Debtor(s) turnover certain information: documentation/receipts showing how the $5,900.00 in cash withdrawals from the RushCard accounting ending 6669 between 3/1/17 through 3/27/17 was spent.

3. Movant has requested that the Debtor(s) turnover additional information: a copy of the Court Order for child support and the name and address of who the support is paid.

WHEREFORE, Trustee David R. DuBois prays this Court for an Order directing the Debtor(s) to turnover to the Trustee the foregoing information and/or property when the Debtor(s) files and/or receives same and for all other just and proper relief as the Court may allow.

Dated at Portage, IN on June 8, 2017.

/s/ David R. DuBois
David R. DuBois, Trustee and
 Trustee's attorney, #4609-64
6226 Central Avenue, P.O. Box 14
Portage, IN 46368-0014
Telephone: (219) 762-5574

**CERTIFICATE OF SERVICE**

I certify that on June 8, 2017service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:
United States Trustee, 100 E. Wayne, Street, Ste. 555, South Bend, IN 46601
Harry Zembillas, 301 S. Main St., , Crown Point, IN 46307
HARGROVE, LESLIE,  4720 RAILROAD AVE. APT. 602, , EAST CHICAGO, IN 46312

/s/ David R. DuBois
David R. DuBois, Trustee